**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**JOSE CHAVEZ, GABRIEL CHAVEZ,**                     23-CV-1133
**and JONI CHAVEZ,**

       **Plaintiff,**

**v.**

**DOÑA ANA COUNTY BOARD OF
COMMISSIONERS, ANTONIO ALEMAN,
in his individual and official capacities,
LUIS RUIZ, in his individual and official capacities
and TOMAS ESPARZA, in his individual and
official capacities,**

       **Defendants.**

<u>**NOTICE OF REMOVAL**</u>

Defendants Doña Ana County Board of Commissioners, by and through counsel,

MYNATT SPRINGER P.C. (Blaine T. Mynatt and Haley R. Grant), hereby remove this action to

the United States District Court for the District of New Mexico.  In support of removal, Defendants

state as follows:

1.     Defendant Doña Ana County Board of Commissioners is a county government and

political subdivision of the State of New Mexico.

2.     Defendants Antonio Aleman, Luis Ruiz, and Tomas Ezparza are employees of the

Doña Ana County Sheriff's Department, a department with Dona Ana County.

3.     Upon information and belief, Plaintiffs are residents of the State of New Mexico.

4.     This Court has jurisdiction under 28 U.S.C. § 1441, in that Plaintiff alleges that this

cause of action arises under the United States Constitution, particularly under

provisions of the Fourth Amendments to the United States Constitution and under

42 U.S.C. § § 1983.

5.      The United States District Court for the District of New Mexico is the proper Court to remove actions from the Third Judicial District Court for the State of New Mexico.

6.      Pursuant to 28 U.S.C. § 1446, Defendant is attaching a copy of all process, pleadings, and orders that have been filed in this matter as Exhibit A, the Third Judicial District Court Docket as Exhibit B, the *Notice to State District Court of Removal to Federal District Court* as Exhibit C, and the Civil Cover Sheet as Exhibit D.

7.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely, because it is filed within thirty (30) days after receipt by the Defendants, through service or otherwise, of a copy of an initial pleading setting forth the claim for relief.

WHEREFORE, Defendants hereby give notice that this action is removed to the United States District Court for the District of New Mexico.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
HALEY R. GRANT
New Mexico Bar No. 145671
P.O. Box 2699
Las Cruces, NM  88004
(575) 524-8812-Phone
(575) 524-0726-Fax
btm@mynattspringer.com
hrg@mynattspringer.com
*Attorneys for County Defendants*

*Notice of Removal*
2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on December 20, 2023, a copy of the foregoing pleading was served on the below counsel of record via electronic mail:

Christopher K.P. Cardenas
ccardenas@gmail.com
*Attorney for Plaintiff*

HALEY R. GRANT

*Notice of Removal*

3